IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

DANIEL LEE COLLINS (01)

No. **4:20-CR-211-0**

**FACTUAL RESUME**

**INFORMATION:**

    Count One:  Possession of a Child Pornography,
                       in violation of 18 U.S.C. § 2252A(a)(5)(B)

**PLEA:**

    Guilty plea to Count One

**MAXIMUM PENALTY:**

- term of imprisonment for not more than 20 years;
- a fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss;
- a term of supervised release of five (5) years up to any term of years to life. If the defendant violates any condition of the term of supervised release, the Court may revoke such release term and require that the defendant serve an additional period of confinement;
- a mandatory special assessment of $100;
- unless the Court finds the defendant to be indigent, an additional mandatory special assessment of $5000 must also be imposed pursuant to 18 U.S.C. § 3014 for offenses occurring on or after May 29, 2015;
- an assessment of up to $17,000 pursuant to 18 U.S.C. § 2259A;
- restitution of not less than $3,000 per victim, which is mandatory under the law;
- registration as a sex offender under the Sex Offender Registration and Notification Act; and
- costs of incarceration and supervision.

**Factual Resume (Collins) - Page 1**

**ELEMENTS OF THE OFFENSE:**

In order to establish the offense alleged in Count One of the Information, the Government must prove the following elements beyond a reasonable doubt:

First: That the defendant did knowingly possess an item that contains an image of child pornography, as alleged in the Information;

Second: That the material was mailed, or shipped or transported using any means or facility of interstate or foreign commerce, including by computer;

Third: That when the defendant possessed the material, the defendant knew them material was child pornography; and

Fourth: One of the visual depictions the defendant possessed depicted a prepubescent minor engaged in sexually explicit conduct.

**STIPULATION OF FACTS:**

1. From on or about May 13, 2020 until on or about July 23, 2020, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant Daniel Lee Collins knowingly possessed at least one image of child pornography as defined in 18 U.S.C. § 2256(8)(A) that involved a prepubescent minor, that has been mailed, shipped and transported using any means and facility of interstate and foreign commerce, including by computer.

2. Between May 13, 2020 and July 23, 2020, Collins possessed--that is, he exercised dominion or control over--several Google email accounts, which contained images and videos of child pornography. During this time frame, Collins accessed these email accounts using his Apple iPhone from different locations in the Northern District, to include his home in Tarrant County, Texas. The images of child pornography Collins

possessed were uploaded, that is, they were shipped or transported, to his Google email accounts via the Internet.

3. In particular, one email account, identified here as the "sweetdannie" account, contained an image that depicted a prepubescent female child nude below the waist, lying on her back with her legs raised and engaged in anal-genital sexual intercourse with an adult male.

4. Collins knew that the images he possessed depicted real minors, to include one image depicting a prepubescent minor. Collins also knew that the minors were engaged in sexually explicit conduct.

5. Collins agrees and stipulates that the Internet, computers and cell phones are each a means and facility of interstate and foreign commerce. Collins further agrees that he was in possession of child pornography material that portrayed sadistic or masochistic conduct or other depiction of violence and that he used a computer and his cell phone to possess and access the images. Finally, Collins acknowledges that during the course of his possession of child pornography, he did on one occasion knowingly engage in distribution of a file of child pornography.

SIGNED and AGREED to on this the 17th day of August, 2020.

_____          _____
DANIEL LEE COLLINS                                       SCOTT PALMER
Defendant                                                          Attorney for Defendant